# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>KEVIN W. BOOTH,<br>    Defendant. | Case No. 05-CR-00605 RMW (NC)<br>**DETENTION ORDER**<br>Hearing: January 16, 2015 |

    In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the court on January 16, 2015, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant KEVIN BOOTH as required and the safety of any other person and the community. Defendant Booth was present, represented by his attorney AFPD Graham Archer. The United States was represented by Assistant U.S. Attorney Susan Knight. Booth is charged in an amended petition asserting three violations of his supervised release conditions. Dkt. No. 37. His underlying conviction was for aggravated sexual abuse while armed with a weapon, which resulted in a 200 month sentence. The defendant is presumed innocent of the charges in the petition.

Case No. 05-cr-00605 RMW (NC)
DETENTION ORDER

The detention hearing was held publicly.  Both parties were advised of their opportunity to call witnesses and to present evidence.

## I.  APPLICABLE BURDEN

/X / Under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), in a case in which the defendant is charged with violating probation or supervised release, the defendant bears the burden of establishing by "clear and convincing evidence" that he will not flee or pose a danger to any other person or the community.

## II. REBUTTAL OF PRESUMPTIONS

/ X / The defendant has not come forward with sufficient evidence to rebut the applicable presumption, and he therefore will be ordered detained.

## III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

/ X / The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows:  The Court finds that the defendant did not present information to establish by "clear and convincing evidence" that he will not flee or pose a danger to any other person or the community.  According to the amended petition, Booth enters federal custody coming from state prison where he served a four year sentence for robbery.

///

IV. DETENTION DIRECTIONS

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: January 30, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge